UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID GERARD JEEP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13CV2089 DDN |
| | ) |
| THE TEA PARTY, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of plaintiff's complaint. After careful review, the Court has determined that subject matter jurisdiction is lacking. Accordingly, the Court will dismiss this action without further proceedings.

Plaintiff brings this action against the Tea Party, the Republican Party, and several Republican Senators and members of the House of Representatives for alleged violations of his constitutional rights. Plaintiff's allegations range from inflation during the American Civil War to the Affordable Care Act to the building of the Pyramids in ancient Egypt. Plaintiff appears to believe that the Republicans have destabilized the economy, and he seeks reimbursement in the amount of the national debt, or $16.7 trillion. He seeks punitive damages in an amount twice that.

Rule 12(h)(3) of the Federal Rules of Civil Procedure states: "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."

> A court does not obtain subject-matter jurisdiction just because a Plaintiff raises a federal question in his or her complaint. If the asserted basis of federal jurisdiction is patently meritless, then dismissal for lack of jurisdiction is appropriate. Because this is a facial rather than a factual challenge to jurisdiction, [the court] determine[s] whether the asserted jurisdictional basis is patently meritless by looking to the face of the complaint and drawing all reasonable inferences in favor of the Plaintiff.

Biscanin v. Merrill Lynch & Co., Inc. 407 F.3d 905, 907 (8th Cir. 2005) (citations omitted). The allegations in the complaint are legally without merit. The Court cannot envision any amendment to the complaint that would result in plaintiff's entitlement to relief. As a result, the Court will dismiss this matter for lack of jurisdiction.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 4] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**.

An Order of Dismissal will be filed forthwith.

Dated this 23rd day of January, 2014.

/s/ John A. Ross
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE